UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALL ROCK CRUSHING, INC.,

                            Plaintiff,

            —against—

EDWARD DOYLE, JR. in his official capacity as President
of Teamsters Local Union 456 affiliated with the
International Brotherhood of Teamsters and Local Union
456 affiliated with International Brotherhood of Teamsters,

                            Defendant.
-----------------------------------------------------------------x

**NOTICE OF REMOVAL**

**08 CIV. 6764**

Civ. Action No.

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Defendants, EDWARD DOYLE, JR. in his official capacity as President of Teamsters Local Union 456 affiliated with the International Brotherhood of Teamsters and Local Union 456 affiliated with International Brotherhood of Teamsters, by their attorneys, Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, pursuant to 28 U.S.C. § 1441, respectfully seeks removal of this action and shows:

    1.    That All Rock Crushing, Inc., plaintiff herein, purported to commence a civil action in the Supreme Court of the State of New York, County of Westchester, entitled "All Rock Crushing, Inc. v. Edward Doyle, Jr. in his official capacity as President of Teamsters Local Union 456 affiliated with the International Brotherhood of Teamsters and Local Union 456 affiliated with International Brotherhood of Teamsters", by filing with the Clerk of the said Court, an Order to Show Cause (in lieu of Notice of Petition) dated July 22, 2008 and a Petition dated and verified on July 17, 2008.

2. The statutory bases of removal jurisdiction in this Court are 28 U.S.C. § 1441 and § 1331, in that the claim or right arises under the laws of the United States.

3. This is a civil action of which this Court has original jurisdiction under Section 301 of the Labor Management Relations Act ("L.M.R.A."), 29 U.S.C. § 185, and is one, therefore, which may be removed to this Court by the defendant herein pursuant to the provisions of 28 U.S.C. § 1441(a).

4. Defendant Teamsters Local Union 456 affiliated with the International Brotherhood of Teamsters (the "Union") is a party in the said action and is a labor organization within the meaning of L.M.R.A. Section 2(5), 29 U.S.C. § 152(5) with offices at 160 South Central Avenue, Elmsford, New York, County of Westchester. Defendant Edward Doyle, Jr. is a party in his capacity as President of the Union.

5. The plaintiff All Rock Crushing, Inc. is upon information and belief, a corporation duly organized and existing under the laws of New York State with its principal office located at 465 Yorktown Road, Croton-on-Hudson, New York, County of Westchester.

6. As alleged in the plaintiff's Verified Petition, plaintiff and the Union are parties to a collective bargaining agreement (the "CBA") effective from June 1, 2005 through May 31, 2008. The CBA provides for arbitration of disputes under the auspices of the American Arbitration Association ("AAA").

7. The Union has initiated arbitration proceedings at AAA under the CBA regarding "failure to abide by 'cease and desist' provisions of Arbitration Award; continued refusal to use Union's referral service and to employ Union members to perform covered work". Said "failure" and "refusal" began after issuance of the said Arbitration Award in January 2008. Plaintiff seeks

2

in this action to stay the arbitration on the ground that there is no applicable enforceable arbitration agreement.

8. Copies of all process and pleadings served on the defendants in connection with this action are filed herewith and attached hereto as Exhibit A.

9. The instant Notice of Removal is filed within thirty (30) days of receipt by the Union of a copy of the initial pleading setting forth the claim for relief upon which the above described action is based.

WHEREFORE, the defendants Union and Doyle pray that this action be removed to the United States District Court for the Southern District of New York.

Dated: Elmsford, New York
July 24, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, P.L.L.C.
Attorneys for Defendant

by: _____
Steven H. Kern (SK-8600)
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-5740

At IAS Part ___ of the Supreme Court of the State of New York, held in and for the County of Westchester, located at 111 Dr. Martin Luther King, Jr. Blvd., White Plains, New York on the 22nd day of July, 2008

PRESENT: Hon. HON. MARY H. SMITH SUPREME COURT JUSTICE, Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
---------------------------------------------x

ALL ROCK CRUSHING, INC.

                    Petitioner,

-v-

EDWARD DOYLE, JR. in his official capacity as President of Teamsters Local Union 456 affiliated with the International Brotherhood of Teamsters and Local Union 456 affiliated with International Brotherhood of Teamsters,

                    Respondents.
---------------------------------------------x

Index No. 15883/08

ORDER TO SHOW CAUSE IN LIEU OF NOTICE OF PETITION TO STAY ARBITRATION

RECEIVED
JUL 18 2008
CHIEF CLERK
WESTCHESTER SUPREME AND COUNTY COURTS

SIRS:

    Upon the annexed Petition of All Rock Crushing, Inc., and all supporting papers and exhibits

    LET Respondents Edward Doyle Jr. in his official capacity as President of Teamsters Local Union 456 affiliated with the International Brotherhood of Teamsters and Local Union 456 affiliated with International Brotherhood of Teamsters show cause before the undersigned at IAS Part ___ of this Court to be held at the Courthouse thereof, located at 111 Dr. Martin Luther King Jr. Blvd, Room 1202 on the 15th day of August 2008 at 9:30 a.m. in the forenoon of that day or as soon thereafter as counsel can be heard, by personal appearance, why an Order should not be entered pursuant to CPLR 7503(c),

    (a) Enjoining, prohibiting and restraining Respondents from attempting to proceed with

the arbitration listed in Respondents Notice of Intention to Arbitrate dated June 27, 2008;

(b) Permanently enjoining, prohibiting or barring the arbitration demanded against the Petitioner by Respondents on the ground that a valid, current or enforceable agreement does not exist between the parties;

(c) awarding Petitioner attorneys fees, disbursements and costs of suit;

(d) and awarding Petitioner such other further relief as the Court deems just and proper.

IT IS FURTHER ORDERED that answering affidavits, if any, are required to be served upon counsel for Petitioner at least seven (7) days before the return date of this proceeding and reply papers, if any, shall be served at least two (2) days before the return date of this proceeding.

SUFFICIENT REASON APPEARING, let personal service of a copy of this Order together with the petition and papers upon which it was granted, ~~upon counsel of record for Respondents in the within action, Steven Kern, Esq., Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, 258 Saw Mill River Road, Elmsford, NY 10523 via~~ respondents on or before the 25th day of July 2008 be deemed sufficient service. Proof of said service shall be submitted to Chambers prior to the return date.

~~Dated: July 17, 2008~~
~~White Plains, New York~~

~~ENTER:~~

HON. MARY H. SMITH
SUPREME COURT JUSTICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------x
ALL ROCK CRUSHING, INC.,

                Petitioner,                Index No.

      —against—                    VERIFIED PETITION TO STAY
                                        ARBITRATION PURSUANT TO
                                        CPLR §7503(b)

EDWARD DOYLE, JR. in his official capacity as
President of Teamsters Local Union 456 affiliated with
the International Brotherhood of Teamsters and Local
Union 456 affiliated with International Brotherhood of
Teamsters,

                Respondents.
------------------------------------------------------------x

        The Verified Petition of Petitioner, All Rock Crushing, Inc., respectfully alleges as follows:

1. Petitioner All Rock Crushing, Inc. ("Petitioner" or "All Rock") is a domestic corporation duly authorized to conduct business in the State of New York.

2. Respondent Edward Doyle, Jr. is President of Teamsters Local Union No. 456 affiliated with the International Brotherhood of Teamsters ("Respondent President") and maintains his principal place of business at 160 South Central Avenue, Elmsford, NY 10523, Westchester County, New York.

3. Respondent Teamsters Local Union No. 456 affiliated with the International Brotherhood of Teamsters ("Respondent Union") is a labor organization of employees employed in the construction services industry with its principal place of business at 160 South Central Avenue, Elmsford, NY 10523, Westchester County, New York.

4. Petitioner and Respondent Union were parties to a collective bargaining agreement that was in effect from June 1, 2005 through May 31, 2008.

5. On or about March 13, 2008 and in accordance with Article XXXVI of the collective bargaining agreement, Petitioner duly notified Respondent Union of its termination of the collective bargaining agreement via facsimile and first class mail. Copies of the correspondence and proof of service are annexed hereto collectively as Exhibit A.

6. As additional insurance, Petitioner's counsel served a second notice of termination on March 30, 2008 via facsimile and federal express overnight mail. Copies of the correspondence and proof of service are annexed hereto as Exhibit B.

7. Thus, Respondent Union was duly notified that Petitioner terminated the collective bargaining agreement.

8. Accordingly, there exists no valid, current or enforceable agreement between the parties. Petitioner served its termination notice within the time prescribed in the collective bargaining agreement and, as such, the parties are no longer contractually bound.

9. It is well established that arbitration is a matter of contract and a party cannot be required to submit to arbitration in the absence of an explicit agreement. See Matarasso vs. Continental Casualty Co., 56 N.Y.2d 264, 451 N.Y.S. 2d 703(1982).

10. In view of the fact that Petitioner terminated the collective bargaining agreement in advance of the expiration date thereby severing the relationship between the parties, there exists no valid, current or binding agreement between Petitioner and Respondent Union requiring arbitration of any issue.

11. Notwithstanding the proper and timely termination of the collective bargaining agreement between Petitioner and Respondent Union, by letter dated June 27, 2008, Respondent Union caused a Notice of Intention to Arbitrate to be served

## VERIFICATION

STATE OF NEW YORK            )
                             ss:
COUNTY OF WESTCHESTER        )

DAN MURO, being duly sworn, deposes and says:

I am an authorized representative of All Rock Crushing, Inc, Petitioner in the within action. I have read the foregoing Notice of Petition to Stay Arbitration and Verified Petition to Stay Arbitration Pursuant to CPLR 7503(c) and know the contents thereof, and that the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

_____
Dan Muro

Sworn to before me this 17
day of July 2008.

_____
Notary Public

Notary # 02KO6175746
Expires 10/5/11

**Exhibit A**

TRANSMISSION VERIFICATION REPORT

```
TIME   : 03/13/2008 17:19
NAME   : HQ GLOBAL
FAX    : 9146827784
TEL    : 9146827784
SER. # : BROA5J206023
```

| | |
|---|---|
| DATE,TIME | 03/13 17:18 |
| FAX NO./NAME | 16119495924266 |
| DURATION | 00:00:19 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

## Fax Transmittal Form

To: Teamsters Local 456 .................. From: All Rock Crushing, Inc.
Date: March 13, 2008                         Number of Pages: 2
Fax Number: (914) 592-4266

## Message:

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AS SOON AS POSSIBLE.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, THE READER IS HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. I F YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY IT AND NOTIFY ME IMMEDIATELY BY TELEPHONE AT THE NUMBER INDICATED ABOVE. THANK YOU.

March 13, 2008

VIA FACSIMILE AND FIRST CLASS MAIL
(914) 592-4266
Teamsters Local Union No. 456
160 South Central Avenue
Elmsford, New York 10523

Re: Termination of Collective Bargaining Agreement

Dear Sir or Madam:

I write in accordance with the terms of the Heavy Construction Agreement between Teamsters Local 456 and All Rock Crushing, Inc. to inform you that All Rock Crushing, Inc. hereby withdraws and terminates the collective bargaining agreement effective on the date of termination May 31, 2008.

All Rock Crushing, Inc. does not intend to renew the collective bargaining agreement with the Teamsters.

Thank you.

Very truly yours,
All Rock Crushing, Inc.

By: Daniel Muro

**Exhibit B**



March 30, 2008

**VIA FACSIMILE AND FEDERAL EXPRESS**
(914) 592-4266
Teamsters Local Union No. 456
160 South Central Avenue
Elmsford, New York 10523

   Re: <u>All Rock Crushing, Inc.</u>

Dear Sir or Madam:

  The enclosed was served upon you via fax and first class mail on March 13, 2008.

  Thank you.

              Sincerely,

              George S. Kokkalenios, Esq.

Encl.

March 13, 2008

VIA FACSIMILE AND FIRST CLASS MAIL
(914) 592-4266
Teamsters Local Union No. 456
160 South Central Avenue
Elmsford, New York 10523

Re: Termination of Collective Bargaining Agreement

Dear Sir or Madam:

I write in accordance with the terms of the Heavy Construction Agreement between Teamsters Local 456 and All Rock Crushing, Inc. to inform you that All Rock Crushing, Inc. hereby withdraws and terminates the collective bargaining agreement effective on the date of termination May 31, 2008.

All Rock Crushing, Inc. does not intend to renew the collective bargaining agreement with the Teamsters.

Thank you.

Very truly yours,
All Rock Crushing, Inc.

By: Daniel Muro

```
TRANSMISSION VERIFICATION REPORT
```

```
                                        TIME    : 03/29/2008 22:25
                                        NAME    : FEDEY KINKOS
                                        FAX     : 9146846137
                                        TEL     : 9146842679
                                        SER. #  : 000A7J796894
```

```
DATE,TIME            03/29  22:24
FAX NO./NAME         5924266
DURATION             00:00:41
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

**FedEx US Airbill**   8645 2454 1854

**1 From**
Date: 3/30/08
Sender's Name: GEORGE KOKKALENIOS  Phone: (914) 682-6884
Company: LAW OFFICE OF GEORGE KOKKALENIOS + ASSOC.
Address: 50 Main Street, Suite 1000
City: White Plains   State: NY   ZIP: 10606

**2 Your Internal Billing Reference:** ALL ROCK

**3 To**
Recipient's Name: Teamsters Union No. 456   Phone: (914) 592-9500
Recipient's Address: 160 South Central Avenue
City: Elmsford   State: NY   ZIP: 10523

4a Express Package Service: FedEx Standard Overnight
5 Packaging: FedEx Envelope
6 Special Handling: No (dangerous goods)
7 Payment: Credit Card



**FedEx Express**
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 17, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **864524541854**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery date: | Apr 1, 2008 12:07 |
| Signed for by: | S.WALLACE | | |
| Service type: | Standard Overnight | | |

*[signature]*

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 864524541854 | Ship date: | Mar 31, 2008 |

Recipient:
ELMSFORD, NY US

Shipper:
WHITE PLAINS, NY US

Reference                ALL-ROCK

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

June 27, 2008

Lauren Wilson, Director
American Arbitration Association
1633 Broadway / 10th floor
New York, NY 10019

Re:   Local 456, IBT – All Rock Crushing, Inc.

Dear Ms. Wilson:

This firm is counsel to Local 456, IBT. The Union is party to a collective bargaining agreement with All Rock Crushing, Inc. A dispute has arisen between the parties concerning the following issue which the Union desires to arbitrate:

> Failure to abide by "cease and desist" provisions of Arbitration Award;
> Continued refusal to use Union's referral service and
> to employ Union members to perform covered work

The Union requests that a panel of arbitrators be provided for the parties' selection. I have enclosed a copy of the Notice of Intention to Arbitrate. This Notice was served upon the employer on June 27, 2008. The Union requests that the arbitration hearing be held in Westchester County.

Employer:   Dan Muro
All Rock Crushing, Inc.
465 Yorktown Road
Croton-on-Hudson, NY 10520
914-827-3279
fax: 914-271-8393

Counsel:   George Kokkalenios, Esq.
50 Main Street / Suite 1000
White Plains, NY 10606
914-682-6884
fax: 914-821-9014

Yours truly,

Steven H. Kern, Esq.

SHK/id
enc.
cc: Local 456, IBT
    Dan Muro, All Rock Crushing, Inc.
    George Kokkalenios, Esq.
F:\LEGAL\456\All Rock Crushing\Arb2\File AAA.doc

# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

June 27, 2008

*Via Certified & Regular Mail*

Dan Muro
All Rock Crushing, Inc.
465 Yorktown Road
Croton-on-Hudson, NY 10520

Re: Failure to comply with Arbitration Award
and utilize Local 456 referral hall

Dear Mr. Muro:

Enclosed please find Notice of Intention to Arbitrate regarding the above grievances. Please advise if the Employer wants to discuss these matters before arbitration and/or if you want the grievances heard by a Joint Committee as provided for by Article XXXI of the collective bargaining agreement.

Please do not hesitate to contact me if there are any questions.

Yours truly,

Steven H. Kern, Esq.

SHK/id
enc.
cc: George Kokkalenios, Esq.
    Local 456, IBT
F:\LEGAL\456\All Rock Crushing\Arb2\01.doc

54

AMERICAN ARBITRATION ASSOCIATION
-------------------------------------------------------------------x
In the Matter of the Arbitration Between
LOCAL 456, INTERNATIONAL BROTHERHOOD OF
TEAMSTERS,

    —and—

ALL ROCK CRUSHING, INC.,

                             Employer.
-------------------------------------------------------------------x

NOTICE OF
INTENTION TO
ARBITRATE

SIRS:

    PLEASE TAKE NOTICE, under CPLR 7503(c), that the undersigned intends, pursuant to the provisions of a written agreement between Local 456 and ALL ROCK CRUSHING, INC., to conduct an arbitration with respect to the following controversy:

**Failure to abide by "cease and desist" provisions of Arbitration Award;
Continued refusal to use Union's referral service and
to employ Union members to perform covered work**

    That arbitration will be conducted in the City of New York before an Arbitrator designated in accordance with the rules of the American Arbitration Association at the offices of the said Association located at 1633 Broadway – 10th floor, New York, New York.

    PLEASE TAKE FURTHER NOTICE, that unless within twenty days after the service of this notice, you apply, pursuant to CPLR 7503(c), for a stay of the arbitration, you will thereafter be precluded from objecting that a valid agreement was not made or has not been complied with and from asserting in court the bar of a limitation of time.

Dated: June 26, 2008

                                          Local 456, International Brotherhood of Teamsters

                                          by: _____
                                               Steven H. Kern, attorney
                                        BARNES, IACCARINO, VIRGINIA, AMBINDER
                                        & SHEPHERD, PLLC
                                        258 Saw Mill River Road
                                        Elmsford, NY 10523
                                        (914) 592-5740

To:    Dan Muro
        All Rock Crushing, Inc.
        465 Yorktown Road
        Croton-on-Hudson, NY 10520

cc:    George Kokkalenios, Esq.

F:\LEGAL\456\All Rock Crushing\Arb7\Int Arb AAA.doc