UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL 456, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>                                Plaintiff,<br><br>          -against-<br><br>ALL ROCK CRUSHING, INC.,<br><br>                              Defendants. | Case No. ~~08 Civ. 1894~~<br>7:08 Civ. 06764<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS: )

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age, and resides at 16 Normandy Village, Apt. 3, Nanuet, New York, 10954.

That on July 22, 2008, at approximately 2:00 PM, deponent served the within motion on Local 456, International Brotherhood of Teamsters, plaintiff named therein, a domestic corporation, by delivering a true copy to Jane Gordineer, the office manager and a person of suitable age and discretion, at 160 South Central Avenue, Elmsford, New York. Said premises is plaintiff's actual place of business within the state.

Description:   Female, White Skin, Black Hair, between 5' and 5'5', between 120 and 140 pounds, and between 40 and 60 years old.

Name: Jose Prieto

SWORN to before me this
21 day of August, 2008.

Notary public
# 02K06175746
Expires 10/15/11