AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern District         DISTRICT OF    New York

## APPEARANCE

Case Number: 7:08 Civ 6764

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALL Rock Crushing, Inc.

I certify that I am admitted to practice in this court.

8/21/08
Date

Signature

George Kokkalenios
Print Name                                    Bar Number

50 Main St. Suite 1000
Address

White Plains, NY        10606
City           State          Zip Code

(914) 682-6884    (914) 821-9014
Phone Number                              Fax Number